USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS ROSARIO, *Individually and on Behalf of Others Similarly Situated*,

                Plaintiff,

-against-

LOS CASTILLOS MINI MARKET, CORP. and CARLOS CASTILLO,

                Defendants.

23-cv-2240 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Order of Reference at ECF No. 19 is VACATED.

**SO ORDERED.**

**Date: October 12, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**