# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CARLOS ROSARIO, Individually and on
Behalf of Others Similarly Situated,

                Plaintiff,                                    23 **CIVIL** 2240 (MKV)

       -against-                                        **JUDGMENT**

LOS CASTILLOS MINI MARKET, CORP.
and CARLOS CASTILLO,

               Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 10, 2025, although no objections were filed, the Court has, nonetheless, carefully reviewed de novo Magistrate Judge Cott's thorough and well-reasoned R&R. The Court finds no error, clear or otherwise. The Court has therefore adopted the R&R in its entirety. Plaintiff is entitled to damages in the total amount of $342,864.04, plus prejudgment interest, in the amount of $73,044.13; accordingly, the case is closed.

**Dated:** New York, New York
          February 24, 2025

                                                    **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                    **BY:**                      *K. Mango*

                                                    **Deputy Clerk**